**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CAREMAX INC., *et al.*, | ) | Case No. 24-80093 (MVL) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| CLAREMEDICA VIKING, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adversary No. 25-03070 |
| | ) | |
| ALBERT DE SOLO, CARLOS A. DE SOLO AND JONES CEMELUS, M.D., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND AGREED ORDER CONCERNING ABATEMENT**

Carlos and Albert de Solo (the "de Solos"), Dr. Jones Cemelus, M.D. ("Dr. Cemelus"), and ClareMedica Viking, LLC ("ClareMedica" and together with the de Solos and Dr. Cemelus the "Parties") herby stipulate and agree as follows:

4897-4780-5275.3

    A.    On April 25, 2025, ClareMedica commenced the action captioned *ClareMedica Viking, LLC v. Albert de Solo, Carlos A. de Solo, and Jones Cemelus, M.D.*, Case No. 205-00726-CA-01, in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida (the "Florida Action").

    B.    On June 4, 2025, the de Solos removed the Florida Action to the United States Bankruptcy Court for the Southern District of Florida.

    C.    On June 20, 2025, the Florida Bankruptcy Court transferred the Florida Action to this Court, as captioned above (the "Adversary Proceeding").

    D.    On August 5, 2025, the Court held a status conference in the Adversary Proceeding. At the status conference, the Parties stated they wished to abate all deadlines in the Adversary Proceeding pending resolution of mediation scheduled for September 25, 2025.

**NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED, AND ORDERED AS FOLLOWS:**

    1.    The August 5, 2025, status conference is continued to October 8, 2025, at 9:30 a.m. prevailing Central Time.

    2.    This Adversary Proceeding and all applicable deadlines are abated until October 8, 2025.

    3.    The Court retains jurisdiction to hear and determine any and all disputes involving or related to the interpretation and enforcement of this Order.

# # # END OF ORDER # # #

4897-4780-5275.3

**AGREED AS TO FORM AND CONTENT**

**GRAY REED**

By: */s/ Jason. S. Brookner*
Jason S. Brookner
Texas Bar No. 24033684
Blake M. Bryan
Texas Bar No. 24140152
1601 Elm Street, Suite 4600
Dallas, TX 75201
Telephone: (214) 954-4135
Facsimile: (214) 953-1332
Email: jbrookner@grayreed.com
bbryan@grayreed.com

-and-

**HOMER BONNER**

José A. Ortiz (*pro hac vice* pending)
Andrew R. Herron (admitted *pro hac vice*)
Anthony Diblasi (*pro hac vice* pending)
1200 Four Season Tower
1441 Brickell Avenue
Miami Florida 33131
Telephone: (305) 350-5113
Facsimile: (305) 372-2738
Email: jortiz@homerbonner.com
aherron@homerbonner.com
adiblasi@homerbonner.com

*Co-Counsel to Carlos and Albert de Solo*

**ROCHELLE McCULLOUGH, LLP**

By: */s/ Shannon S. Thomas*
Kevin D. McCullough
Texas State Bar No. 00788005
Shannon S. Thomas
Texas State Bar No. 24088442
901 Main Street, Suite 3200
Dallas, TX 75202
Telephone: (214) 953-0182
Facsimile: (888) 467-5979
Email: Kdm@romclaw.com
sthomas@romclaw.com

*Counsel to Jones Cemelus, MD*

**McGUIRE WOODS LLP**

By: */s/ Demetra Liggins*
Robert McFarland
State Bar No. 24021
World Trade Center
101 West Main Street Suite 9000
Norfolk, Virginia 23510
Telephone: (757) 640-3716
Facsimile: (757) 640-3966
Email: rmcfarland@mcguirewoods.com

-and-

Demetra Liggins
Texas Bar No. 24026844
Texas Tower
845 Texas Ave., Suite 2400
Houston, Texas 77002
Telephone: (713) 271-9191
Email: dliggins@mcguirewoods.com

*Counsel to ClareMedica Viking, LLC*

4897-4780-5275.3