| | |
|---|---|
| Jason S. Brookner<br>Texas Bar No. 24033684<br>Blake M. Bryan<br>Texas Bar No. 24140152<br>**GRAY REED**<br>1601 Elm Street, Suite 4600<br>Dallas, Texas 75201<br>Telephone:  (214) 954-4135<br>Facsimile:  (214) 953-1332<br>Email:  jbrookner@grayreed.com<br>         bbryan@grayreed.com<br><br>*Co-Counsel to Carlos and Albert de Solo* | José A. Ortiz (*pro hac vice* pending)<br>Andrew R. Herron (admitted *pro hac vice*)<br>Anthony Diblasi (*pro hac vice* pending)<br>**HOMER BONNER**<br>1200 Four Seasons Tower<br>1441 Brickell Avenue<br>Miami, Florida 33131<br>Telephone:  (305) 350-5113<br>Facsimile:  (305) 372-2738<br>Email:  jortiz@homerbonner.com<br>         aherron@homerbonner.com<br>         adiblasi@homerbonner.com<br><br>*Co-Counsel to Carlos and Albert de Solo* |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>CAREMAX INC., *et al.*,<br><br>   Debtors. | Chapter 11<br><br>Case No. 24-80093 (MVL)<br><br>(Jointly Administered) |
| CLAREMEDICA VIKING, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>ALBERT DE SOLO, CARLOS A. DE SOLO AND JONES CEMELUS, M.D.,<br><br>   Defendants. | Adversary No. 25-03070 |

## NOTICE OF CONTINUED STATUS CONFERENCE

**PLEASE TAKE NOTICE** that the status conference held on August 5, 2025, has been continued to **Wednesday, October 8, 2025, at 9:30 a.m. Central Time**, and will take place via a hybrid format before the Honorable Michelle V. Larson, United States Bankruptcy Judge for the Northern District of Texas at the Earle Cabell Federal Building, 1100 Commerce Street, 14th Floor, Courtroom 2, Dallas, Texas 75242.

4932-3094-3579

**PLEASE TAKE FURTHER NOTICE** that any parties who wish to participate in the hearing may do so in person or virtually via WebEx by visiting the following link: https://us-courts.webex.com/meet/larson.

**PLEASE TAKE FURTHER NOTICE** that the Court requests that in advance of the hearing, all parties familiarize themselves with the Court's WebEx Hearing Instructions located at: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-larson-hearing-dates.

**PLEASE TAKE FURTHER NOTICE** that parties may make electronic appearances in advance of the hearing by visiting the following link: https://www.txnb.uscourts.gov/electronic-appearances-0.

[*Remainder of page intentionally left blank*]

Respectfully submitted this 13th day of August, 2025.

        **GRAY REED**

By: */s/ Jason S. Brookner*
    Jason S. Brookner
    Texas Bar No. 24033684
    Blake M. Bryan
    Texas Bar No. 24140152
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 954-4135
Facsimile: (214) 953-1332
Email:    jbrookner@grayreed.com
           bbryan@grayreed.com

- and -

**HOMER BONNER**
    José A. Ortiz, Esq. (*pro hac vice* pending)
    Andrew R. Herron, Esq. (admitted *pro hac vice*)
    Anthony Diblasi, Esq. (*pro hac vice* pending)
1200 Four Seasons Tower
1441 Brickell Avenue
Miami Florida 33131
Telephone: (305) 350-5113
Facsimile: (305) 372-2738
Email:    jortiz@homerbonner.com
           aherron@homerbonner.com
           adiblasi@homerbonner.com

*Co-Counsel to Carlos and Albert de Solo*

**Certificate of Service**

I certify that on August 13, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

        */s/ Jason S. Brookner*
        Jason S. Brookner