

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON
THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

*Michelle V. Larson*

**Signed August 13, 2025**

_____

**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CAREMAX INC., *et al.*, | ) | Case No. 24-80093 (MVL) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| CLAREMEDICA VIKING, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adversary No. 25-03070 |
| | ) | |
| ALBERT DE SOLO, CARLOS A. DE SOLO AND JONES CEMELUS, M.D., | ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATION AND AGREED ORDER CONCERNING ABATEMENT

Carlos and Albert de Solo (the "de Solos"), Dr. Jones Cemelus, M.D. ("Dr. Cemelus"), and ClareMedica Viking, LLC ("ClareMedica" and together with the de Solos and Dr. Cemelus the "Parties") herby stipulate and agree as follows:

4897-4780-5275.3

A. On April 25, 2025, ClareMedica commenced the action captioned *ClareMedica Viking, LLC v. Albert de Solo, Carlos A. de Solo, and Jones Cemelus, M.D.*, Case No. 205-00726-CA-01, in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida (the "Florida Action").

B. On June 4, 2025, the de Solos removed the Florida Action to the United States Bankruptcy Court for the Southern District of Florida.

C. On June 20, 2025, the Florida Bankruptcy Court transferred the Florida Action to this Court, as captioned above (the "Adversary Proceeding").

D. On August 5, 2025, the Court held a status conference in the Adversary Proceeding. At the status conference, the Parties stated they wished to abate all deadlines in the Adversary Proceeding pending resolution of mediation scheduled for September 25, 2025.

**NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED, AND ORDERED AS FOLLOWS:**

1. The August 5, 2025, status conference is continued to October 8, 2025, at 9:30 a.m. prevailing Central Time.

2. This Adversary Proceeding and all applicable deadlines are abated until October 8, 2025.

3. The Court retains jurisdiction to hear and determine any and all disputes involving or related to the interpretation and enforcement of this Order.

### # # END OF ORDER # # #

4897-4780-5275.3

**AGREED AS TO FORM AND CONTENT**

| | |
|---|---|
| **GRAY REED** | **ROCHELLE McCULLOUGH, LLP** |
| By: */s/ Jason. S. Brookner* <br> Jason S. Brookner <br> Texas Bar No. 24033684 <br> Blake M. Bryan <br> Texas Bar No. 24140152 <br> 1601 Elm Street, Suite 4600 <br> Dallas, TX 75201 <br> Telephone: (214) 954-4135 <br> Facsimile: (214) 953-1332 <br> Email: jbrookner@grayreed.com <br> bbryan@grayreed.com | By: */s/ Shannon S. Thomas* <br> Kevin D. McCullough <br> Texas State Bar No. 00788005 <br> Shannon S. Thomas <br> Texas State Bar No. 24088442 <br> 901 Main Street, Suite 3200 <br> Dallas, TX 75202 <br> Telephone: (214) 953-0182 <br> Facsimile: (888) 467-5979 <br> Email: Kdm@romclaw.com <br> sthomas@romclaw.com |
| -and- | *Counsel to Jones Cemelus, MD* |
| **HOMER BONNER** | **McGUIRE WOODS LLP** |
| José A. Ortiz (*pro hac vice* pending) <br> Andrew R. Herron (admitted *pro hac vice*) <br> Anthony Diblasi (*pro hac vice* pending) <br> 1200 Four Season Tower <br> 1441 Brickell Avenue <br> Miami Florida 33131 <br> Telephone: (305) 350-5113 <br> Facsimile: (305) 372-2738 <br> Email: jortiz@homerbonner.com <br> aherron@homerbonner.com <br> adiblasi@homerbonner.com | By: */s/ Demetra Liggins* <br> Robert McFarland <br> State Bar No. 24021 <br> World Trade Center <br> 101 West Main Street Suite 9000 <br> Norfolk, Virginia 23510 <br> Telephone: (757) 640-3716 <br> Facsimile: (757) 640-3966 <br> Email: rmcfarland@mcguirewoods.com |
| *Co-Counsel to Carlos and Albert de Solo* | -and- <br> Demetra Liggins <br> Texas Bar No. 24026844 <br> Texas Tower <br> 845 Texas Ave., Suite 2400 <br> Houston, Texas 77002 <br> Telephone: (713) 271-9191 <br> Email: dliggins@mcguirewoods.com |
| | *Counsel to ClareMedica Viking, LLC* |

4897-4780-5275.3