

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 8, 2025**

_____
**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| *In re* <br> CAREMAX, INC.,[1] <br>                 Post-Effective Date Debtor. | Chapter 11 <br> Case No. 24-80093-mvl11 <br> (Jointly Administered) |
| Claremedica Viking, LLC, <br>                 Plaintiff, <br> v. <br> Albert de Solo, Carlos de Solo, and Jones Cemelus, <br>                 Defendants. | Adv. P. No. 25-03070-mvl |

### ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL

Upon Claremedica Viking, LLC's *Motion to Substitute Counsel*, the Court **ORDERS** as follows:

1. Claremedica Viking, LLC's *Motion to Substitute Counsel* is **GRANTED**.

2. By this *Order*, Eric C. Edison, George LeMieux, and Jorge Zamora of Gunster

---

[1] The Post-Effective Date Debtor in this Chapter 11 Case is CareMax, Inc. The Post-Effective Date Debtor's mailing address is: Caremax Plan Administrator, c/o Giuliano Miller & Co. LLC, 2301 E Evesham Road, 800 Pavilion Suite 210, Voorhees Township, NJ 08043.

Yoakley & Stewart, P.A. are permitted to withdraw as counsel to Claremedica Viking, LLC in this Adversary Proceeding.

    3.    Demetra Liggins, Robert W. McFarland, Shawn R. Fox, and Jacob R. Broadway of McGuireWoods LLP are substituted as counsel to Claremedica Viking, LLC in all matters relating to this adversary proceeding.

    4.    All future pleadings, notices, and correspondence relating to this adversary proceeding shall be directed to:

| **McGuireWoods LLP** | |
|---|---|
| Demetra Liggins (TX Bar No. 24026844)<br>845 Texas Ave., Suite 2400<br>Houston, TX 77002<br>T: (713) 571-9191<br>dliggins@mcguirewoods.com<br><br>Shawn R. Fox (pro hac vice)<br>1251 Avenue of the Americas, 20th Floor<br>New York, NY 10020-1104<br>T: (212) 548-2165<br>sfox@mcguirewoods.com | Robert W. McFarland (pro hac vice)<br>101 West Main Street, Suite 9000<br>Norfolk, VA 23510<br>T: (757) 640-3716<br>rmcfarland@mcguirewoods.com<br><br>Jacob R. Broadway (pro hac vice)<br>260 Forbes Ave, Suite 1800<br>Pittsburgh, PA 15222<br>T: (412) 667-6017<br>jbroadway@mcguirewoods.com |

    5.    The terms of this *Order* shall be immediately effective and enforceable upon its entry.

### # # # END OF ORDER # # #

Submitted by:

Demetra Liggins (TX Bar No. 24026844)
845 Texas Ave., Suite 2400
Houston, TX 77002
T: (713) 571-9191
dliggins@mcguirewoods.com
*Counsel to Claremedica Viking, LLC*