**McGuireWoods LLP**

| | |
|---|---|
| Demetra Liggins | Shawn R. Fox |
| TX Bar No. 24026844 | (pro hac vice) |
| 845 Texas Ave., Suite 2400 | NY Bar No. 4137709 |
| Houston, TX 77002 | 1251 Avenue of the Americas, 20th Floor |
| T: (713) 571-9191 | New York, NY 10020-1104 |
| dliggins@mcguirewoods.com | T: (212) 548-2165 |
| | sfox@mcguirewoods.com |
| | |
| Robert W. McFarland | Jacob R. Broadway |
| (pro hac vice) | (pro hac vice) |
| VA Bar No. 24021 | PA Bar No. 331936 |
| 101 West Main Street, Suite 9000 | 260 Forbes Ave, Suite 1800 |
| Norfolk, VA 23510 | Pittsburgh, PA 15222 |
| T: (757) 640-3716 | T: (412) 667-6017 |
| rmcfarland@mcguirewoods.com | jbroadway@mcguirewoods.com |

*Counsel to Claremedica Viking, LLC*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| *In re* | Chapter 11 |
| CAREMAX, INC.,[1] | Case No. 24-80093-mvl11 |
| Post-Effective Date Debtor. | (Jointly Administered) |
| Claremedica Viking, LLC, | |
| Plaintiff, | |
| v. | Adv. P. No. 25-03070-mvl |
| Albert de Solo, Carlos de Solo, and Jones Cemelus, | |
| Defendants. | |

## NOTICE OF HEARING

[Relates to Dkt. 1]

**PLEASE TAKE NOTICE** that a status conference (the "Hearing") on the *Notice of*

---

[1] The Post-Effective Date Debtor in this Chapter 11 Case is CareMax, Inc. The Post-Effective Date Debtor's mailing address is: Caremax Plan Administrator, c/o Giuliano Miller & Co. LLC, 2301 E Evesham Road, 800 Pavilion Suite 210, Voorhees Township, NJ 08043.

1

*Removal* has been scheduled for **Wednesday, November 12, 2025, at 1:30 p.m.** (prevailing Central Time) before the Honorable Michelle V. Larson.

**PLEASE TAKE FURTHER NOTICE** that parties may participate in the Hearing either in person or by audio and video connection.

**PLEASE TAKE FURTHER NOTICE** that, parties who wish to appear and participate at the Hearing by videoconference may do so via WebEx at the following link: https://us-courts.webex.com/meet/Larson.

**PLEASE TAKE FURTHER NOTICE** that, the WebEx hearing instructions may be obtained from Judge Larson's hearing/calendar site: https://www.txnb.uscourts.gov/judgesinfo/hearing-dates/judge-larson-hearing-dates. Parties should review the WebEx instructions prior to the hearing.

- Dial-In: 1.650.479.3207
- Access Code: 2301 476 1957

**PLEASE TAKE FURTHER NOTICE** that, hearing appearances must be made electronically, in advance of electronic hearings. To make your appearance, click the "Electronic Appearance" link on Judge Larson's homepage: https://www.txnb.uscourts.gov/content/judgemichelle-v-larson-0. Select the case name, complete the required fields and click "Submit" to complete your appearance.

**Dated:** October 13, 2025

Respectfully submitted,

**McGuireWoods LLP**
By: /s/ Demetra Liggins
Demetra Liggins
TX Bar No. 24026844
845 Texas Ave., Suite 2400
Houston, TX 77002
T: (713) 571-9191
dliggins@mcguirewoods.com

- and -

Robert W. McFarland (pro hac vice)
101 West Main Street, Suite 9000
Norfolk, VA 23510
T: (757) 640-3716
rmcfarland@mcguirewoods.com

Shawn R. Fox (pro hac vice)
1251 Avenue of the Americas, 20th Floor
New York, NY 10020-1104
T: (212) 548-2165
sfox@mcguirewoods.com

Jacob R. Broadway (pro hac vice)
260 Forbes Ave, Suite 1800
Pittsburgh, PA 15222
T: (412) 667-6017
jbroadway@mcguirewoods.com
*Counsel for Claremedica Viking, LLC*

3

## **CERTIFICATE OF SERVICE**

     I hereby certify that, on October 13, 2025, a true and correct copy of the above and foregoing was caused to be served on all parties that are registered to receive electronic service through this Court's CM/ECF filing system for this case.

                                            */s/ Demetra Liggins*
                                            Demetra Liggins